1   **ROBERT A. CASSIO      SBN:  170197**
    **Law Office of Robert A. Cassio**
2   **2300 Tulare Street, Suite 230**
    **Fresno, California  93721**
3   **Telephone:    (559) 498-6310**
    **Facsimile:    (559) 498-8580**
4   **Email:        vencero@sbcglobal.net**

5   **Attorney for Defendant THAI SEE**

6

7                   **IN THE UNITED STATES DISTRICT COURT**

8             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  **UNITED STATES OF AMERICA,**      )      **CASE NO.    1:11-mj-00088 SKO**
                                       )
11                    **Plaintiff,**    )      **STIPULATION TO CONTINUE MOTIONS**
                                       )      **SCHEDULE; ORDER THEREON**
12      **v.**                          )
                                       )
13  **THAI SEE,**                       )
                                       )      **Date:  March 22, 2012**
14                    **Defendant.**    )      **Time: 10:00 a.m.**
                                       )      **Dept.: 9**
15  _____   )      **Honorable Dennis L. Beck**

16          **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

17  counsel, that a new motions schedule be set, however, the hearing on motions currently scheduled

18  for March 22, 2012, at 10:00 a.m. before the Honorable Dennis L. Beck remain as scheduled.  The

19  requested new motions schedule is as follows:

20      **Event:**              **Present Date:**            **Requested New Date:**

21      Motions Due           December 16, 2011          February 9, 2012
        Replies Due           January 20, 2012           March 1, 2012
22      Responses Due         February 10, 2012          March 8, 2012

23          The continuance is requested by counsel for the Defendant to allow the parties additional

24  time to attempt to investigate, confer and potentially resolve this matter.  New counsel for the

25  Government has recently been assigned and it is possible that the parties may be able to resolve the

26  matter without the necessity of motions.  The revised schedule has been discussed and agreed to by

27  Special Assistant United States Attorney Wallace J. Lee and Attorney Robert A. Cassio.  The

28  requested continuance will conserve time and resources for all parties and the Court.

1    The parties agree that the delay resulting from the continuance shall be excluded in the

2  interests of justice, including but not limited to, the need for the period of time set forth herein for

3  further defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B) in that the ends will be

4  served by a continuance.

5                                                          BENJAMIN B. WAGNER
                                                          United States Attorney
6

7  Dated: January 24, 2012                    /s/  Wallace J. Lee
                                                          WALLACE J. LEE
8                                                          Special Assistant U.S. Attorney
                                                          **This was agreed to by Mr. Lee**
9                                                          **via email on January 24, 2012**

10

11 Dated: January 24, 2012                    /s/  Robert A. Cassio
                                                          ROBERT A. CASSIO
12                                                         Attorney for Defendant
                                                          THAI SEE
13

14       IT IS SO ORDERED.

15       **Dated:   January 25, 2012**            _____/s/ **Dennis L. Beck**_____
                                                          UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28